Scott E. Davis
State Bar No. 016160
SCOTT E. DAVIS, P.C.
20827 North Cave Creek Road, Suite 101
Phoenix, AZ  85024

Telephone: (602) 482-4300
Facsimile:   (602) 569-9720
email: davis@scottdavispc.com

*Attorney for Plaintiff Katrina Williams*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Katrina Williams,<br><br>            Plaintiff,<br><br>       v.<br><br>Life Insurance Company of North America, ValueOptions, Inc., ValueOptions Inc. Employee Disability Plan,<br><br>            Defendants. | Case No.  2:10-cv-00687-ROS<br><br>**NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE that the parties to the above-entitled action have reached a settlement which disposes of this matter in its entirety.  The parties are in the process of finalizing the settlement documents, and anticipate that they will be in a position to file a stipulation for dismissal of all claims against all parties, with prejudice, within the next thirty (30) days.

RESPECTFULLY SUBMITTED this 23rd day of July, 2010.

SCOTT E. DAVIS. P.C.

By: */s/ Scott E. Davis*
         Scott E. Davis
         Attorney for Plaintiff

-1-

**CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2010 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

William M. Demlong, Esq.
Aeryn A. Heidemann, Esq.
KUNZ, PLITT, HYLAND, DEMLONG & KLEIFIELD
3838 N. Central Ave
Suite 1500
Phoenix, AZ 85012-1902
Telephone (602) 331-4600

By:  */s/ Lisa L. Martinez*
An employee of Scott E. Davis, P.C.